**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
**OFFICE OF THE CLERK**
600 WEST CAPITOL AVENUE
ROOM A149
LITTLE ROCK, ARKANSAS 72201-3325

JAMES W. McCORMACK                                          (501)604-5351
      CLERK                                          FAX(501)604-5325

## MEMORANDUM

**TO:**     Counsel of Record

**FROM:**   James W. McCormack, Clerk

**DATE:**   August 25, 2009

**RE:**     In re Prempro Products Liability Litigation (MDL 1507)
           Case Style:  Schwartz v. Wyeth Inc, et al
           Transferor Case No:  District of Columbia 1:09-cv-00966
           Eastern District of Arkansas Case No:  4:09-cv-00690 WRW
           Conditional Transfer Order Filed On:  July 10, 2009

---

The above-referenced case was transferred by the Judicial Panel on Multidistrict Litigation to the Eastern District of Arkansas and assigned to U. S. District Judge William R. Wilson, Jr., for coordinated or consolidated pretrial proceedings. Please note that the master case number for this litigation is 4:03CV01507 WRW.

Attorneys are required to electronically file documents in the Prempro Products Liability Litigation (MDL 1507) and all related cases, absent unusual circumstances. If you have not previously registered for electronic filing in the Eastern District of Arkansas, you must complete the enclosed Electronic Case Filing Registration Form and submit it to the Clerk's office. Attorneys who do not register for electronic filing will not receive notices of electronic filing, nor will they receive hard copies of orders. (*See Judge Wilson's Order of September 19, 2005.*)

Please review the enclosed Standing Order entered by Judge Wilson regarding unresolved motions appearing on the dockets of cases transferred to the Eastern District of Arkansas and made a part of MDL 1507. Attorneys and parties can familiarize themselves with this case by visiting our website at www.are.uscourts.gov.

Please contact our office at 1-866-449-2550 if you have any questions.

Attachment

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | **MDL Docket No. 4:03CV1507-WRW** |
| | : | |
| **PREMPRO PRODUCTS LIABILITY** | : | **ALL CASES** |
| **LITIGATION** | : | |
| | : | |

## SUPERCEDING STANDING ORDER

This Order modifies and supercedes the March 4, 2004 standing order (Doc. No. 157) regarding pending motions in transferor courts. The changes are necessary since the Eastern District of Arkansas has commenced electronic filing -- CM-ECF.

The Judicial panel on Multidistrict Litigation continues to transfer civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 in the above-referenced action. A number of unresolved motions appear on the dockets of the cases transferred to this Court as part of MDL 1507. In an effort to expedite the resolution of those outstanding motions:

All pending motions -- including motions to remand -- transferred to this Court for coordinated or consolidate pretrial proceedings in connection with MDL 1507 are DENIED WITHOUT PREJUDICE. The parties may re-file these motions using the docket number assigned by this Court, in accordance with the Practice and Procedure Orders previously entered in this matter. The relevant motions, supporting papers, and responses previously filed in the transferor court may be attached as exhibits to the new motion if the parties want me to review them.

As ORDERED in Practice and Procedure Order No. 1, in the MDL 1507 case, liaison counsel for both Plaintiffs and Defendants will receive orders and notices from the Court on

behalf of all parties.  Liaison counsel will be responsible for transmitting copies of these orders and notices as required by PPO1.

In individual tag-along cases where the lawyers have not yet registered on CM-ECF in the Eastern District of Arkansas, the Clerk of the Court will send notices of electronic filing to liaison counsel, who must deliver the notices to the parties who did not receive the notices electronically.

IT IS SO ORDERED this 11th day of August, 2005.

_/s/ Wm. R.Wilson,Jr._____
UNITED STATES DISTRICT JUDGE



United States District Court
Eastern District of Arkansas

ELECTRONIC CASE FILING
REGISTRATION FORM - MDL 1507

| | |
|---|---|
| **Background:** This form is used to register for an account on the Electronic Case Filing (ECF) System. Registered users will have privileges to electronically submit documents and to view the electronic docket sheets and documents. Please visit our web site at www.are.uscourts.gov for more information about ECF. | **Instructions:** This form cannot be submitted electronically. Complete the form, print, sign, and return it to the Clerk's office at the address below. A user login name and password for access to the ECF system will be issued to you upon receipt of the fully completed form. All information is required, including your original signature, except where noted. |

| | |
|---|---|
| **Name:**<br><br>(First, Middle Initial, Last)<br><br>**Telephone:**<br><br>**\*E-mail (primary)**<br><br>(Address for receipt of official notification of electronic filings.)<br><br>**\*E-mail (secondary):**<br><br>(Optional address for receiving additional notification of electronic filings, e.g. secretary.)<br><br>**State Bar Number:** | **Firm Name:**<br><br><br><br>**Firm Address:** |

The undersigned agrees to abide by all Court rules, orders, policies and procedures governing the use of the ECF system. The undersigned also consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b)(2)(D) and Fed R. Crim. P. 49(b) via the court's ECF system. The combination of user login and password will serve as the signature of the attorney filing the documents. Attorneys must protect the security of their passwords and immediately notify the court if they learn that their password has been compromised. Attorney's enrolling in the court's ECF system will automatically receive important information from the U.S. District Court regarding revisions to local rules, general orders, fees, and general information concerning the ECF system.

Attorney Signature_____   Date_____

Submit completed ECF Registration Form to:       James W. McCormack, Clerk of Court
                                                  United States District Court
                                                  Attention: ECF Registration
                                                  600 West Capitol Avenue
                                                  Room A149
                                                  Little Rock, AR  72201-3325

\* If you have national counsel and would prefer to have them receive Notice of Electronic Filings, you may list their e-mail as your primary or secondary e-mail address.